## Pacchioli v. Pacchioli, Appellant.

Argued March 27, 1973.   *Martin D. Cohen,* for appellant; *G. Keenan,* with him *Jackson M. Sigmon,* and *Sigmon, Littner & Ross,* for appellee.

Order affirmed.